Leo Edelman, appellee, v. William Pearce, appellant. Gen. No. 26,930.

Action for damages for personal injuries sustained by plaintiff when struck by defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court

at the March term, 1921. Reversed with finding of facts. Opinion filed March 21, 1922. Rehearing denied April 3, 1922.

Clithero & Swett, for appellant; Frank W. Swett, of counsel. John W. Costello, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.